| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Schanzle-Haskins, Thomas P. | 2. Court or Organization<br><br>United States District Court Central District of Illinois | 3. Date of Report<br><br>05/12/2015 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge (full-time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ___ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>600 East Monroe, Rm 124<br>Springfield, IL 62701 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Independent Representative (Executor) | Estate #1 (See VIII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 05/12/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/14-3/14 | Partnership Income: Brown, Hay & Stephens (net) | $49,520.00 |
| 2. 5/3/14 | Gambling Winnings | $1,711.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/14-5/14 | State of Illinois salary |
| 2. 5/14-10/14 | Brown, Hay & Stephens salary |
| 3. 10-12/14 | State of Illinois retirement |
| 4. 10/14 | Family farm rental |
| 5. 10-12/14 | Midwest Region Organizing Comm, LIUNA |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schanzle-Haskins, Thomas P.** | 05/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Bank, Springfield, Illinois | Unsecured line of credit | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | NEWFX New World FD | | None | | | Sold | 01/28/14 | K | B | |
| 2. | John Hancock Life Insurance Policy | | None | K | T | | | | | |
| 3. | Interest bearing check acct, Illinois National Bank, Springfield, IL | A | Interest | J | T | | | | | |
| 4. | Estate #1 Mineral Interests, Clay County, IL (no mineral production) | | None | | | Distributed | 06/19/14 | J | A | |
| 5. | Estate #1 Bank Account, Illinois National Bank, Springfield, IL | E | Interest | | | Distributed | 07/14/14 | K | E | |
| 6. | EWP Spain ETF | | None | | | Sold | 08/07/14 | J | A | |
| 7. | FDN ETF Internet Index FD | | None | | | Sold | 04/07/14 | J | C | |
| 8. | FNX ETF Mid Cap Core | | None | | | Sold | 10/08/14 | J | | |
| 9. | FXD EFT IL Consumer Discretionary | A | Dividend | | | Sold | 10/14/14 | J | B | |
| 10. | FXH ETF IL Health Care | | None | K | T | | | | | |
| 11. | PGJ ETF Golden Dragon China Paverish | | None | | | Sold | 01/27/14 | J | | |
| 12. | FXR Industrials ETF | A | Dividend | | | Buy | 05/02/14 | J | | |
| 13. | FXR Industrials ETF | A | Dividend | | | Sold | 10/08/14 | J | | |
| 14. | Hodges SM Cap Fund | | None | | | Buy | 07/29/14 | K | | |
| 15. | Hodges SM Cap Fund | | None | | | Sold | 09/29/14 | K | | |
| 16. | ICF Real Estate ETF | A | Dividend | | | Buy | 02/26/14 | J | | |
| 17. | ICF Real Estate ETF | A | Dividend | | | Sold | 09/29/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IBB Biotech ETF | | None | | | Buy | 11/20/14 | J | | |
| 19. IBB Biotech ETF | | None | | | Sold | 12/23/14 | J | A | |
| 20. DWAS Small Cap ETF | A | Dividend | | | Sold | 04/14/14 | K | | |
| 21. Rydex Inverse FD | | None | | | Buy | 10/14/14 | K | | |
| 22. Rydex Inverse FD | | None | | | Sold | 10/27/14 | K | | |
| 23. DFE SM Cap Div ETF | A | Dividend | | | Sold | 07/18/14 | J | B | |
| 24. XRT Retail ETF | | None | | | Sold | 01/27/14 | J | | |
| 25. UNG Natural Gas ETF | | None | | | Sold | 06/27/14 | J | | |
| 26. FCIGX Sm Cap Gr FD | | None | J | T | Buy | 11/04/14 | J | | |
| 27. OAKLX Oakmark FD | | None | K | T | Buy | 09/30/14 | K | | |
| 28. NICSX Nicholas FD | | None | K | T | Buy | 11/04/14 | K | | |
| 29. RYZAX Rydex Val FD | A | Dividend | K | T | Buy | 10/27/14 | K | | |
| 30. TIBIX Thornburg FD | A | Dividend | K | T | Buy | 08/20/14 | K | | |
| 31. CAIBX Capital Income Builder | B | Dividend | K | T | | | | | |
| 32. AEPGX EuroPacific | A | Dividend | K | T | Buy | 01/09/14 | K | | |
| 33. AGTHX Gr Fd of Am | | None | K | T | Buy | 01/28/14 | K | | |
| 34. AMECX Income Fd of Am | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AIBAX Intermediate Bond FD | A | Dividend | | | Sold | 01/09/14 | K | | |
| 36. AIVSX Investment Co. of Am | A | Dividend | K | T | | | | | |
| 37. ANWPX New Perspective | A | Dividend | K | T | Buy | 01/09/14 | K | | |
| 38. SMCWX Small Cap World FD | | None | L | T | | | | | |
| 39. Brown Hay & Stephens DC Pension Plan & 401k. Filer does not own assets | | None | M | T | | | | | |
| 40. - Stable Asset Return Fund | | | | | | | | | |
| 41. - Large Cap Equity Fund | | | | | | | | | |
| 42. - International All Cap Equity Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 05/12/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Line 1:  The estate was closed in July of 2014, assets were distributed, and executor was discharged.  See also Part VII, Lines 4 and 5.

Part VII, Line 5:  This item was listed on 2013 Financial Report at Part VII, Line 42.

Part VII, Line 23:  This item was listed on 2013 Financial Report at Part VII, Lines 32 and 46.

PART VII:  In Part VII of 2013 Financial Disclosure Report, some of the line items were listed by slightly different names than in Part VII of the current 2014 Report.  Those items are the exact same assets - just with slightly different titles.  See listings below:

Part VII, Line 6:  This item was listed on 2013 Financial Report at Part VII, Line 60.
Part VII, Line 7:  This item was listed on 2013 Financial Report at Part VII, Line 58.
Part VII, Line 8:  This item was listed on 2013 Financial Report at Part VII, Line 48.
Part VII, Line 9:  This item was listed on 2013 Financial Report at Part VII, Line 47.
Part VII, Line 10:  This item was listed on 2013 Financial Report at Part VII, Line 59.
Part VII, Line 13:  This item was listed on 2013 Financial Report at Part VII, Line 66.
Part VII, Line 16:  This item was listed on 2013 Financial Report at Part VII, Line 45.
Part VII, Line 17:  This item was listed on 2013 Financial Report at Part VII, Line 49.
Part VII, Line 20:  This item was listed on 2013 Financial Report at Part VII, Line 61.
Part VII, Line 31:  This item was listed on 2013 Financial Report at Part VII, Line 54.
Part VII, Line 32:  This item was listed on 2013 Financial Report at Part VII, Line 50.
Part VII, Line 33:  This item was listed on 2013 Financial Report at Part VII, Line 23.
Part VII, Line 34:  This item was listed on 2013 Financial Report at Part VII, Line 55.
Part VII, Line 36:  This item was listed on 2013 Financial Report at Part VII, Line 56.
Part VII, Line 37:  This item was listed on 2013 Financial Report at Part VII, Line 52.
Part VII, Line 38:  This item was listed on 2013 Financial Report at Part VII, Line 57.

Part VII, Lines 39-42:  These retirement plans are administrered by the American Bar Association.  In these plans, the filer does not own the underlying assets and cannot control the selection of assets, other than choosing a general category of investment.  The specific funds in the Plans described on Line 39, Part VII, are listed on Lines 40, 41, and 42, Part VII.  The employer match of $678.93 for the 401k plan for the filer's contributions made between January and March of 2014 were made on 4/9/2015.  There will be no further contributions made by the filer's former law firm.

Part VII:  In Part VII of 2013 Financial Disclosure Report, "Bank Deposit, U.S. Bank, Springfield, IL" was listed at Line 62.  This account was listed in error.  Filer does not have an interest bearing account with U.S. Bank.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas P. Schanzle-Haskins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544